COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| MIDDLESEX, ss | SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT |

NICHOLAS J. LOUISA, ESQ.,

    Plaintiff,

v.

NETFLIX, INC., NETFLIX WORLDWIDE ENTERTAINMENT, LLC, JIGSAW PRODUCTIONS LLC, MUDDY WATERS PRODUCTIONS LLC, ALEX GIBNEY, RICHARD PERELLO, STACEY KNOWLES, LISA SIEGEL BELANGER, LONNIE BRENNAN and the BOSTON BROADSIDE,

    Defendants.

Civil Action No. 2081CV01945

## INTERESTED NONPARTY JOHN SAVANOVICH'S *EMERGENCY* MOTION TO IMPOUND AND FOR A PROTECTIVE ORDER

Interested Nonparty John Savanovich ("Mr. Savanovich") hereby makes a limited appearance[1] for the sole purpose of asking the Court to protect him from certain further harm relating to events at issue in the Amended Complaint. This Motion is being filed on an emergency basis given that this Court's current impoundment order is set to expire today. Mr. Savanovich requests that, until the Court is able to resolve this Motion, it further extends its order of impoundment until the Court rules on this Motion.

Through this Motion, Mr. Savanovich respectfully asks this Court to extend the protections afforded to him by the Massachusetts Probate Court for Norfolk County ("Probate Court") by impounding, at least, all documents in this case that relate to him and, additionally, by

---

[1] Mr. Savanovich reserves all rights and is not making a general appearance. *See* Mass. R. Civ. P. 11(b)(3); Uniform Rule of Impoundment Procedure 6(a).

issuing his related proposed order attached as Exhibit A to the Affidavit of Attorney Lisa M. Cukier.

Mr. Savanovich makes this Motion under Rule 2 of the Uniform Rules on Impoundment Procedure, Rule 26(c) of the Massachusetts Rules of Civil Procedure ("Rule 26(c)"), as well as the Court's inherent powers. Pursuant to Massachusetts Superior Court Rule 9A, this Motion is accompanied by a supporting memorandum of law, filed herewith stating the reasons, including supporting authority, why this Motion should be granted.

In compliance with Uniform Rule 2(a)(1), this Motion is accompanied by a proposed findings and order. As Mr. Savanovich is a non-party he has further provided an affidavit identifying the nature of his interest and facts upon which he relies. Uniform Rule 6(a). Mr. Savanovich has also filed the limited notice of appearance required from nonparties. (*See Id.*)

Mr. Savanovich requests a hearing, unless the Court will grant this Motion on the papers.

September 2, 2020                                         Respectfully Submitted,

                                                          **MR. JOHN SAVANOVICH**
                                                          By his attorneys,

                                                          */s/ Lisa M. Cukier, Esq.*
                                                          Lisa M. Cukier, BBO No. 558824
                                                          lcukier@burnslev.com
                                                          Eric G. J. Kaviar, BBO No. 670833
                                                          ekaviar@burnslev.com
                                                          Russell J. Smith, BBO No. 688873
                                                          rsmith@burnslev.com
                                                          BURNS & LEVINSON LLP
                                                          125 High Street
                                                          Boston, Massachusetts 02110
                                                          Tel:   617.345.3000
                                                          Fax:   617.345.3299

## CERTIFICATE OF SERVICE

I, Eric G. J. Kaviar, hereby certify that I caused this document, and any supporting materials, to be served on all counsel of record via email and/or regular mail, postage prepaid, today, September 2, 2020. To the extent a Party has not made an appearance on the docket, and has no known counsel of record, today I also caused this document, and any supporting materials, to be served on such Parties via regular mail, postage prepaid, and I also asked Plaintiff to email these materials to any Defendant that Plaintiff is in contact with over email.

/s/ *Eric G. J. Kaviar, Esq.*
Eric G. J. Kaviar, Esq.