# Exhibit A

**From:** Furman, Matthew
**Sent:** Thursday, August 13, 2020 9:42 AM
**To:** lonnie@bostonbroadside.com
**Cc:** Cooper, Howard; Costa, Ashley
**Subject:** Louisa v. Netflix, Inc. et al.
**Attachments:** Furman to Court with Complaint and cover sheet 8-12-2020.pdf; Civil Action Cover Sheet.pdf; Plaintiff's Ex Parte Motion for 30-Day Impoundment Order with exhibit A 8-12-2020.pdf; Affidavit of Matthew S. Furman, Esq. ISO Plaintiff's Ex Parte Motion for 30-Day Impoundment Order 8-12-2020.pdf; Complaint and Jury Demand (no exhibits attached- exhibits in U drive) 8-12-2020.pdf; Plaintiff's Ex Parte Motion for Appointment of Special Process Server 8-12-2020.pdf

Mr. Brennan:

The attached items are being filed in Middlesex Superior Court today with both you individually and the Boston Broadside being named as defendants.  My assistant, Ashley Costa, will reply all with the exhibits to the complaint.

Please note that we have requested a 30-day impoundment order for the complaint.

Please let us know by the close of business tomorrow (August 14th) who will be representing you as well as the Boston Broadside and whether they are authorized to accept service.

Thank you,
Matt Furman


Matthew S. Furman

 **Todd&Weld** LLP

Todd & Weld LLP
One Federal Street, Boston, MA  02110
Tel:  617.624.4794  Fax:  617.624.4894
www.toddweld.com


*While our firm is fully operational, our team members are working remotely, consistent with the local efforts to contain COVID-19 in Massachusetts.  With the exception of payments or original documents, please use email to transmit documents or other communications to me during this time in order to facilitate a more timely response.  Thank you.*