# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 1:20-cv-11691-FDS

Nicholas J Louisa
**Plaintiff**

v.

Boston Broadside et al **Defendant**

## ORDER OF REMAND

Saylor, D.J.

In accordance with the Court's Order dated September 18, 2020, the above-entitled action is hereby REMANDED to Middlesex County Superior Court.

By the Court,

/s/ Taylor Halley
Deputy Clerk

September 18, 2020